IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )       8:03CR474
                              )
      v.                      )
                              )
MELODY KING WILSON,           )       ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 23).  Accordingly,

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is scheduled for:

**Thursday, December 14, 2006, at 10:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court