IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:03CR474
                             )
      v.                     )
                             )
MELODY KING WILSON,          )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 23).  Accordingly,

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is scheduled for:

**Thursday, March 8, 2007, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court